■ In the Matter of NEW SOUTH INSURANCE COMPANY, Respondent, v ASHLEY ROSADO et al., Appellants. [1 NYS3d 836]—

In a proceeding, inter alia, to permanently stay arbitration of an uninsured motorist claim, Ashley Rosado and Carmelo Rosado appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Raffaele, J.), entered April 22, 2014, as denied their motion, denominated as one for leave to renew and reargue, but which was, in actuality, one for leave to reargue their opposition to the petition, inter alia, to permanently stay the arbitration, which had been granted in a prior order entered March 3, 2014.

Ordered that the appeal from the order entered April 22, 2014, is dismissed, with costs.

The appellants' motion, denominated as one for leave to renew and reargue, did not offer any new facts not previously offered in support of their opposition to the petition, inter alia, to permanently stay arbitration. Since this motion, denominated as one for leave to renew and reargue, was, in actuality, solely one for leave to reargue, the appeal must be dismissed, as the denial of reargument is not appealable (*see* CPLR 2221 [d] [2]; [e] [2]; *Vigo v 501 Second St. Holding Corp.*, 100 AD3d 872, 872-873 [2012]; *Walter v Castrataro*, 94 AD3d 872, 873 [2012]; *Gelobter v Fox*, 90 AD3d 829, 830 [2011]). Leventhal, J.P., Hall, Austin and Sgroi, JJ., concur.